# First District Court of Appeal
## State of Florida

_____

No. 1D2024-3352
_____

Lisa Marie O'Donnell,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Gulf County.
Devin D. Collier, Judge.

July 27, 2026

Per Curiam.

Affirmed.

Lewis, M.K. Thomas, and Treadwell, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Joel Daniel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.